IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **44 ALEXANDRIA, LLC** | * | |
| | * | **Case No.: 1:23-CV-01204** |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| **NORTH AM. CAPACITY INS. CO.** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the parties have agreed to arbitration and the above-captioned action is voluntarily dismissed without prejudice against Defendant North American Capacity Insurance Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| */s/ Anthony DiUlio.* | */s/ Jessica E. Port* |
| ANTHONY DIULIO | JESSICA E. PORT (VSB No.: 86732) |
| WHEELER DIULIO & BARNABEI | GEORGE E. REEDE (VSB No.: 78968) |
| 1650 Arch St., Suite 2200 | JONATHAN R. MACBRIDE |
| Philadelphia, PA 19103 | *(Pro hac vice)* |
| *Counsel for Plaintiff* | Zelle LLP |
| | 1775 N. Pennsylvania Ave, # 375 |
| | Washington, DC, 20006 |
| | (202) 899-4113 phone |
| | (612) 336-9100 facsimile |
| | jport@zellelaw.com |
| | jmacbride@zellelaw.com |
| | *Counsel for North Am. Capacity Ins. Co.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, with notices sent to all counsel of record.

/ s/ *Jessica E. Port*
Jessica E. Port (VSB: 86732)