IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| 44 ALEXANDRIA, LLC | * | |
| | * | Case No.: 1:23-CV-01204 |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| NORTH AM. CAPACITY INS. CO. | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the parties have agreed to arbitration and the above-captioned action is voluntarily dismissed without prejudice against Defendant North American Capacity Insurance Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/s/ Anthony DiUlio.
ANTHONY DIULIO
WHEELER DIULIO & BARNABEI
1650 Arch St., Suite 2200
Philadelphia, PA 19103
*Counsel for Plaintiff*

/s/ Jessica E. Port
JESSICA E. PORT (VSB No.: 86732)
GEORGE E. REEDE (VSB No.: 78968)
JONATHAN R. MACBRIDE
*(Pro hac vice)*
Zelle LLP
1775 N. Pennsylvania Ave, # 375
Washington, DC, 20006
(202) 899-4113 phone
(612) 336-9100 facsimile
jport@zellelaw.com
jmacbride@zellelaw.com
*Counsel for North Am. Capacity Ins. Co.*

So Ordered

/s/
Michael S. Nachmanoff
United States District Judge

2/14/24